**John A. BRYANT, Libelant-Appellant, v. UNITED STATES of America, Respondent-Appellee.**

No. 309.

Circuit Court of Appeals, Second Circuit.

April 6, 1936.

Lucien V. Axtell, of New York City (Frederick H. Cunningham, of New York City, of counsel), for libelant.

Lamar Hardy, U. S. Atty., and Tompkins, Boal & Tompkins, all of New York City (Arthur M. Boal, of New York City, of counsel), tor the United States.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree affirmed.